*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Perry D. Trafford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY and O'BRIEN, JJ.

---

GERMAN AMERICAN INSURANCE COMPANY, Respondent, *v.* THE NEW YORK GAS AND ELECTRIC LIGHT, HEAT AND POWER COMPANY et al., Appellants.

*German Am. Ins. Co.* v. *N. Y. Gas & E. L., H. & P. Co.,* 103 App. Div. 310, affirmed.
(Argued May 18, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of losses sustained by the occupants of a building by reason of a fire alleged to have been occasioned through defendant's negligence, which losses had been paid by the plaintiff and its assignors.

*Henry J. Hemmens* and *Samuel A. Beardsley* for appellants.

*Richard J. Donovan* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY and O'BRIEN, JJ.